IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| A M MECHANICAL, INC. | ) | Case No. 09 B 07842 |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |

**NOTICE OF HEARING ON APPLICATION**
**FOR FINAL COMPENSATION OF SPECIAL COUNSEL**

To: All creditors and parties in interest (copy of service list available from the Trustee):

PLEASE TAKE NOTICE that a hearing on the Application for Interim Payment of Compensation to Special Counsel for the Trustee shall be held on July 7, 2010, at the hour of 9:30 a.m., Courtroom 744, 219 South Dearborn Street, Chicago, Illinois.

ANTHONY SUIZZO seeks compensation of $3,670.00 as payment for services performed as Special Counsel for the Trustee.

A copy of the Application for Compensation of Special Counsel is on file in the Office of the Clerk of the U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, and may be reviewed during regular business hours.

Any party in interest may raise objections to the Application for Compensation up to the time of the hearing. Creditors may be heard before the allowance is determined.

Dated at Chicago, Illinois this    16th    day of     June    , 2010.

                                      DAVID R. HERZOG, Trustee in
                                      Bankruptcy for A M MECHANICAL, INC.

                                      By: /s/ David R. Herzog
                                           One of his attorneys

David R. Herzog
Trustee in Bankruptcy
HERZOG & SCHWARTZ, P.C.
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600
ARDC No. 01203681

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **A M MECHANICAL, INC.** | ) | **Case No. 09 B 07842** |
| | ) | |
| **Debtors.** | ) | **Honorable Eugene R. Wedoff** |

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF HEARING ON APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL, on the attached service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 W. Washington Street, Chicago, Illinois 60602, on this 16th day of June, 2010.

                                                                                                  /s/ David R. Herzog

**SERVICE LIST**

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604

A M Mechanical, Inc.
3000 South Lloyd Avenue
Chicago, IL 60608

AFS McKinley, LLC
1199 East Higgins Road
Schaumburg, IL 60173

American Chartered Bank
1199 East Higgins Road
Schaumburg, IL 60173

Plumbers Pension Fund Local 130 U.A.
c/o Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604

Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101

Advanta Bank Corp.
c/o Associated Creditors Exchange
PO Box 33130
Pheonix, AZ 85067

Associated Creditors Exch
PO Box 33130
Phoenix, AZ 85067

Bank of America World Points
PO Box 15710
Wilmington, DE 19886

Banner Plumbing Supply Co.
7255 Cottage Grove Avenue
Chicago, Illinois 60619

Carole Richard Ken Miller
3000 S Lloyd Avenue
Chicago, IL 60608

Chase Bank USA, N.A.
c/o United Collection Bureau
5620 Southwyck Blvd., Suite 206
Toledo, Ohio 43614

Chgo Reg Council of Carpenter
12 East Erie Street
Chicago, IL 60611

Columbia Pipe & Supply Co
23671 Network Place
Chicago, IL 60606

Columbia Pipe & Supply Company
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, 26th Floor
Chicago, Illinois 60606

Denise Acevedo
419 E Clark Street
Crown Point, IN 46307

Fagel Haber
55 E Monroe Street 40th Floor
Chicago, IL 60603

Ferguson Enterprises LLC
1401 N Cicero Avenue
Chicago, IL 60651

Ferguson Enterprises LLC
C/O Dennis E Quiad
Thompson Coburn Fagel Haber
55 E Monroe Street 40th FL
Chicago, IL 60603

First Equity Card Corp
PO Box 23029
Columbus, GA 31902

Ford Credit
PO Box 790093
Saint Louis, MO 63179

Ford Motor Credit
C/O SRA Associates
401 Minnetonka Road
Hi Nella, NJ 08083

Ford Motor Credit
Dept 194101
PO Box 55000
Detroit, MI 48255

Ford Motor Credit Company LLC
 Dept 55953
 P O Box 55000
 Detroit MI 48225-0953

Ford Motor Credit Company LLC
PO Box 537901
Livonia, MI 48153

Harris Bank N A
111 W Monroe Street
PO Box 755
Chicagao, IL 60690

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901

Home Depot Credit Services
PO Box 6925
The Lakes, NV 88901

Illinois Department of Employment Sec.
Account Analysis
33 S. State Street, 10th Floor
Chicago, Illinois 60603

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603

Illinois Department of Revenue
100 W Randolph Street
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Internal Revenue Service
PO Box 14550
Cincinnati, OH 42550

James T. Sullivan
c/o Lewis, Overbeck & Furman
20 N. Clark Street, Suite 3200
Chicago, Illinois 60602

Jimmy Acevedo
419 E Clark Street
Crown Point, IN 46307

John Deere Credit
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131

Klein Construction Inc
C/O Bradley K Staubous Esq
7055 Veterans Blvd #B
Burr Ridge, IL 60527

Local 150, I.U.O.E., Vacation Savings Plan
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Marilu Halm C P A
2 McCord Trace
Palos Park, IL 60464

Michael O'Connor
1703 Serria Highlands Drive
Plainfield, IL 60586

Michael T Sharpe
1706 N 79th Ave
Elmwood Park, IL 60707

Midwest Operating Engineers Pension Trust
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Midwest Operating Engineers Welfare Fund
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Midwest Operationg Engineers
6150 Joliet Road
Countryside, IL 60525

Mobile Mini Inc
7420 S Kyrene Rd Suite 101
Tempe, AZ 85283

Mobile Mini Inc
C/O Vengroff Williams & Associate
PO Box 4155
Sarasota, FL 34230

Operating Engineers Local 150
Apprenticeship Fund
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Pekin Insurance Company
2505 Court Street
Pekin, IL 61558

Plumbers Welfare Fund et al
c/o Douglas Lindsay 20 N.
Clark St. Suite 3200 Chicago IL 60602

Randall Industries Inc
741 S Route 83
Elmhurst, IL 60126

Richard Miller
3000 S Lloyd Avenue
Chicago, IL 60608

SRA Associates
401 Minnetonka Road
Hi Nella, NJ 08083

Vengroff Williams & Associate
PO Box 4155
Sarasota, FL 34230

Werner-Nugent Plumbing, Inc.
14840 S. McKinley Avenue
Posen, Illinois 60469

Richard H Fimoff
Robbins, Salomon & Patt Ltd
25 E Washington Street
Suite 1000
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| A M MECHANICAL, INC. | ) | Case No. 09 B 07842 |
| | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |

**APPLICATION FOR PAYMENT**
**OF FINAL COMPENSATION TO SPECIAL COUNSEL**

NOW COMES the Declarant, DAVID R. HERZOG, the duly appointed and acting Trustee in Bankruptcy in connection with the above-referenced matter and moves this Honorable Court for an Order Allowing Payment to Special Counsel for the Trustee, ANTHONY SUIZZO. In support of this motion, Declarant states as follows:

1. The debtor, A M MECHANICAL, INC., filed a petition under Chapter 7 of Title U.S.C. ("Bankruptcy Code") on March 9, 2009. Thereafter, David R. Herzog was appointed Trustee in Bankruptcy.

2. Pursuant to the application of your Petitioner, on January 6, 2010, this Honorable Court entered an Order employing ANTHONY SUIZZO as Special Counsel for the Trustee.

4. ANTHONY SUIZZO now requests the sum of $3,670.00, as final payment for his services in this matter. A copy of said statement and supporting documentation is attached hereto as Exhibit A and made a part hereof.

5. That in the opinion of your Petitioner, the request of for payment is reasonable and said services were necessary for the proper administration of this estate.

WHEREFORE, your Petitioner, Trustee, prays that this Honorable Court enter an Order awarding the sum of Three Thousand Six Hundred Seventy and 00/100 dollars ($3,670.00) to ANTHONY SUIZZO for final compensation as Special Counsel for the Trustee.

                                        Respectfully submitted,

                                        DAVID R. HERZOG, Trustee in Bankruptcy for AM MECHANICAL, INC.

                                        By: /s/ David R. Herzog
                                              One of its attorneys

David R. Herzog
Trustee in Bankruptcy
HERZOG & SCHWARTZ P.C.
77 West Washington Street
 Suite 1717
Chicago, Illinois 60602
(312) 977-1600
ARDC No. 01203681

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re  09 B 07842            )
                             )
                             )   Bankruptcy No. 09 B 07842
                             )
            Debtor.     ) ·  Chapter              7

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: __ANTHONY G. SUIZZO__

Authorized to Provide Professional Services to: __Trustee as special counsel__

Date of Order Authorizing Employment: __January 6, 2010__

Period for Which Compensation is Sought:
From __November 12__, __2009__ through __April 30__, __2010__

Amount of Fees Sought: __$ 3670.00__

Amount of Expense Reimbursement Sought: __$ 0__

This is an:    Interim Application _____    Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
| --- | --- | --- | --- | --- |

Dated: __March 21, 2010__                         _____
                                                                (Counsel)

Invoice submitted to:
Mr. David Herzog
Ms. Michelle Lehmann
Herzog & Schwartz, P.C.
77 West Washington Street, Suite 1717
Chicago IL 60602


February 05, 2010


Invoice #10350


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2009 | AGS | Telephone conference with David Herzog regarding representing AM; Examine documents from file to review recent events. | 0.75 245.00/hr | 183.75 |
|  |  | Klein |  |  |
| 11/28/2009 | AGS | Examine documents from opposing counsel regarding status and next court date | 0.25 245.00/hr | 61.25 |
|  |  | Klein |  |  |
| 12/4/2009 | AGS | Telephone conference with opposing counsel regarding status, etc [BS]; Examine documents from opposing counsel regarding same. | 0.50 245.00/hr | 122.50 |
|  |  | Klein |  |  |
| 12/13/2009 | AGS | Examine documents from opposing counsel regarding court appearance and status | 0.25 225.00/hr | 56.25 |
|  |  | Klein |  |  |
| 12/24/2009 | AGS | Examine documents from opposing counsel regarding various matters to get up to speed in futherance of Telephone conference with Trustee; Telephone conference with opposing counsel regarding same. | 0.50 245.00/hr | 122.50 |
|  |  | Klein |  |  |

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/27/2010 | AGS | Telephone conference with BS regarding status, options, J Meacham, etc; Telephone conference with DH regarding same lm | 0.25<br>245.00/hr | 61.25 |
|  |  | Klein |  |  |
| 1/28/2010 | AGS | Telephone conference with J Meacham, lm; telephone conference with DH regarding same lm; Examine documents from opposing counsel regarding current status. | 0.75<br>245.00/hr | 183.75 |
|  |  | Klein |  |  |
| 1/29/2010 | AGS | Telephone conference with J Meacham, regarding status and procedure; telephone conference with Trustee regarding same; Telephone conference with Opposing Counsel BS regarding same; lm | 0.75<br>245.00/hr | 183.75 |
|  |  | Klein |  |  |
| 1/30/2010 | AGS | Telephone conference with opposing counsel regarding status and settlement; Examine documents from file regarding same. | 0.50<br>245.00/hr | 122.50 |
|  |  | Klein |  |  |
| 2/3/2010 | AGS | Examine correspondence from opposing counsel regarding alleged deficiencies; obtain files to search for response. | 1.00<br>245.00/hr | 245.00 |
|  |  | Klein |  |  |
| 2/4/2010 | AGS | Examine documents from files to search for response to Opposing Counsel's allegations; Prepare correspondence to Trustee regarding same.. | 1.50<br>245.00/hr | 367.50 |
|  |  | Klein |  |  |
| 2/5/2010 | AGS | Examine documents from file to respond to Opposing Counsel; Prepare correspondence to Trustee regarding same and status. | 1.00<br>245.00/hr | 245.00 |
|  |  | Klein |  |  |

|  |  |  |
|---|---|---|
| For professional services rendered | 8.00 | $1,955.00 |
| Previous balance |  | $10,616.25 |
| 2/5/2010 Credit for prefiling balance due |  | ($10,616.25) |
| Total payments and adjustments |  | ($10,616.25) |
| Balance due |  | $1,955.00 |

# LAW OFFICES OF ANTHONY G. SUIZZO

| | |
|---|---|
| 1701 East Lake Avenue | Telephone: (847) 510-2000 |
| Suite 310 | Facsimile: (847) 510-2003 |
| Glenview, IL 60025-2065 | ags@suizzolaw.com |

Invoice submitted to:
Mr. David Herzog
Ms. Michelle Lehmann
Herzog & Schwartz, P.C.
77 West Washington Street, Suite 1717
Chicago IL 60602

March 21, 2010

Invoice #10369

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2010 | AGS | Telephone conference with opposing counsel regarding settlement; Examine documents from file regarding same; Prepare correspondence to Trustee regarding same. | 1.00 245.00/hr | 245.00 |
| | | Klein | | |
| 2/12/2010 | AGS | Telephone conference with opposing counsel regarding status, settlement, and response to his letter. | 0.25 245.00/hr | 61.25 |
| | | Klein | | |
| 2/13/2010 | AGS | Continued search for documents to rebut Klein's allegations. | 0.50 245.00/hr | 122.50 |
| | | Klein | | |
| 2/18/2010- 2/25/2010 | AGS | Examine documents from file regarding claims of Klein; several Telephone conference with opposing counsel regarding negotiating settlement. | 0.50 245.00/hr | 122.50 |
| | | Klein | | |
| 2/25/2010- 3/5/2010 | AGS | Examine documents from file regarding claims of Klein; several Telephone conference with opposing counsel regarding negotiating settlement. | 0.50 245.00/hr | 122.50 |
| | | Klein | | |
| 2/25/2010 | AGS | Telephone conference with opposing counsel regarding settlement; Prepare correspondence to Trustee regarding same; Prepare correspondence to opposing counsel regarding settlement. | 0.50 245.00/hr | 122.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | Klein |  |  |  |
| 3/4/2010 AGS | Telephone conference with opposing counsel regarding regarding settlement; prepare Release. |  | 0.50<br>245.00/hr | 122.50 |
|  | Klein |  |  |  |
| 3/5/2010 AGS | Prepare correspondence to Trustee regarding settlement. |  | 0.25<br>245.00/hr | 61.25 |
|  | Klein |  |  |  |
| 3/12/2010 AGS | Telephone conference with opposing counsel regarding settlement; Telephone conference with Trustee regarding same; begin required documents. |  | 1.00<br>245.00/hr | 245.00 |
|  | Klein |  |  |  |
| 3/21/2010-AGS<br>3/31/2010 | Prepare correspondence application, etc to Trustee regarding settlement.and payment; Examine documents from opposing counsel regarding settlement agreement; execute same; deliver required documets; and attendant telephone calls, emails, etc. |  | 2.00<br>245.00/hr | 490.00 |
|  | Klein |  |  |  |

Page    2

| | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 7.00 | $1,715.00 |
| Previous balance | | $1,955.00 |
| Balance due | | $3,670.00 |