**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-07842-DT |
| | § | |
| A M MECHANICAL, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/09/2009. The undersigned trustee was appointed on 03/09/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $20,005.45

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $3,102.80 |
    | Bank service fees | $1,915.55 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $14,987.10 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/30/2009 and the deadline for filing government claims was 07/30/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.55. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.55, for a total compensation of $2,750.55[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2017     By:   /s/ David R. Herzog
                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 09-07842-DT | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | A M MECHANICAL, INC. | | Date Filed (f) or Converted (c): | 03/09/2009 (f) |
| For the Period Ending: | 12/12/2017 | | §341(a) Meeting Date: | 04/23/2009 |
| | | | Claims Bar Date: | 07/30/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Harris Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Claim vs. Klein Construction | Unknown | $20,000.00 | | $20,000.00 | FA |
| 3 | 2006 Ford Explorer VIN 1FMEU73E46UB61457 | $19,900.00 | $0.00 | | $0.00 | FA |
| 4 | 2007 Ford Explorer VIN 1FMEU73877UA35394 | $19,375.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous Office Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Laptop Computer | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous tools | $400.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $5.45 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| | $40,475.00 | $20,000.00 | | $20,005.45 | $0.00 |

**Major Activities affecting case closing:**

07/26/2017   Awaiting final tax returns from accountant. Upon filing and acceptance by IRS, will prepare and submit TFR.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 | **Current Projected Date Of Final Report (TFR):** | 10/31/2017 | /s/ DAVID R. HERZOG |
| --- | --- | --- | --- | --- |
| | | | | DAVID R. HERZOG |

**FORM 2** Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3564 | Money Market Acct #: | ******8465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2010 | (2) | Stewart Title Company | Proceeds from Settlement of Adversary | 1149-000 | $20,000.00 | | $20,000.00 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.23 | | $20,000.23 |
| 05/28/2010 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | $0.06 | $20,000.17 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.15 | | $20,001.32 |
| 07/22/2010 | 1001 | Anthony Suizzo | Final Compensation per order 7/7/10 | 3210-600 | | $3,005.34 | $16,995.98 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.15 | | $16,997.13 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.00 | | $16,998.13 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,998.26 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,998.40 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,998.53 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,998.67 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,998.81 |
| 02/14/2011 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-07842 | 2300-000 | | $14.46 | $16,984.35 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,984.48 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,984.62 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,984.75 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,984.89 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,985.02 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,985.16 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $32.58 | $16,952.58 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,952.72 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $39.49 | $16,913.23 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.16) | $16,914.39 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,914.52 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.75 | $16,879.77 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,879.91 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $33.53 | $16,846.38 |
| | | | **SUBTOTALS** | | $20,005.43 | $3,159.05 | |

**FORM 2**
Page No: 2 Exhibit B
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3564 | Money Market Acct #: | ******8465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.02 | | $16,846.40 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $16,846.40 | $0.00 |
| | | | **TOTALS:** | | $20,005.45 | $20,005.45 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $16,846.40 | |
| | | | Subtotal | | $20,005.45 | $3,159.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $20,005.45 | $3,159.05 | |

| For the period of 3/9/2009 to 12/12/2017 | | For the entire history of the account between 05/25/2010 to 12/12/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,005.45 | Total Compensable Receipts: | $20,005.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,005.45 | Total Comp/Non Comp Receipts: | $20,005.45 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,159.05 | Total Compensable Disbursements: | $3,159.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,159.05 | Total Comp/Non Comp Disbursements: | $3,159.05 |
| Total Internal/Transfer Disbursements: | $16,846.40 | Total Internal/Transfer Disbursements: | $16,846.40 |

**FORM 2**
Page No: 3 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3564 | Money Market Acct #: | ******8467 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 3/9/2009 to 12/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/25/2010 to 12/12/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $16,846.40 | | $16,846.40 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.19 | $16,819.21 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.09 | $16,792.12 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.30 | $16,766.82 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $13.69 | $16,753.13 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.00 | $16,726.13 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.07 | $16,700.06 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.89 | $16,673.17 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.99 | $16,647.18 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.81 | $16,620.37 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.77 | $16,593.60 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.87 | $16,567.73 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.68 | $16,541.05 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.78 | $16,515.27 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.60 | $16,488.67 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.63 | $16,462.04 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.01 | $16,438.03 |
| 03/28/2013 | 5002 | International Sureties | Bond Payment | 2300-000 | | $29.36 | $16,408.67 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.54 | $16,382.13 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.60 | $16,356.53 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.39 | $16,330.14 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.50 | $16,304.64 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.31 | $16,278.33 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.26 | $16,252.07 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.37 | $16,226.70 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.18 | $16,200.52 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.29 | $16,175.23 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.10 | $16,149.13 |
| | | | **SUBTOTALS** | | **$16,846.40** | **$697.27** | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | | | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.05 | $16,123.08 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.49 | $16,099.59 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.97 | $16,073.62 |
| 04/02/2014 | 5003 | International Sureties | Bond Payment | 2300-000 | | $14.23 | $16,059.39 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.08 | $16,034.31 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.87 | $16,008.44 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.99 | $15,983.45 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.79 | $15,957.66 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.75 | $15,931.91 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.87 | $15,907.04 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.66 | $15,881.38 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.80 | $15,856.58 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.58 | $15,831.00 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.54 | $15,805.46 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.03 | $15,782.43 |
| 03/20/2015 | 5004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $11.38 | $15,771.05 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.46 | $15,745.59 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.60 | $15,720.99 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.36 | $15,695.63 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.51 | $15,671.12 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.28 | $15,645.84 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.24 | $15,620.60 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.39 | $15,596.21 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.16 | $15,571.05 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.31 | $15,546.74 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.08 | $15,521.66 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.97 | $15,496.69 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.32 | $15,473.37 |
| | | | | **SUBTOTALS** | $0.00 | $675.76 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6    Exhibit B

| Case No. | 09-07842-DT | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | | | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2016 | 5005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $8.40 | $15,464.97 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.90 | $15,440.07 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.04 | $15,416.03 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.80 | $15,391.23 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.96 | $15,367.27 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.73 | $15,342.54 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.69 | $15,317.85 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.85 | $15,294.00 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.61 | $15,269.39 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.78 | $15,245.61 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.53 | $15,221.08 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.56 | $15,196.52 |
| 02/16/2017 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.27 | $15,191.25 |
| 02/16/2017 | 5006 | VOID: Arthur B. Levine Company | | 2300-003 | | ($5.27) | $15,196.52 |
| 02/16/2017 | 5007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.88 | $15,190.64 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.14 | $15,168.50 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.47 | $15,144.03 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.64 | $15,120.39 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.39 | $15,096.00 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.57 | $15,072.43 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.32 | $15,048.11 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.28 | $15,023.83 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $15,023.83 | $0.00 |

**SUBTOTALS**    $0.00    $15,473.37

**FORM 2**

Page No: 7   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $16,846.40 | $16,846.40 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | **Less: Bank transfers/CDs** | | $16,846.40 | $15,023.83 | |
|  |  |  | **Subtotal** | | $0.00 | $1,822.57 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $1,822.57 | |

| For the period of 3/9/2009 to 12/12/2017 | | For the entire history of the account between 11/07/2011 to 12/12/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,846.40 | Total Internal/Transfer Receipts: | $16,846.40 |
| | | | |
| Total Compensable Disbursements: | $1,822.57 | Total Compensable Disbursements: | $1,822.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,822.57 | Total Comp/Non Comp Disbursements: | $1,822.57 |
| Total Internal/Transfer Disbursements: | $15,023.83 | Total Internal/Transfer Disbursements: | $15,023.83 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3564 | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 |  | Bank of Texas | Transfer Funds | 9999-000 | $15,023.83 |  | $15,023.83 |
| 09/29/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $13.29 | $15,010.54 |
| 10/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $23.44 | $14,987.10 |
| 12/12/2017 |  | The Bank of New York Mellon | Reversal of incorrect wire-in of bank transfer funds to account (original transaction occurred on 11/7/11 and was not noted by bank in TES System). Amount deposited in error due to bank "spreadsheet error." Funds correctly belonged to Estate of Hyde Park Cooperative Society, Inc., Case No. 09-16347 | 1280-000 | $83,561.49 |  | $98,548.59 |
| 12/12/2017 |  | The Bank of New York Mellon | Reversal of incorrect wire-in of bank transfer funds to account (original transaction occurred on 11/7/11 and was not noted by bank in TES System). Amount deposited in error due to bank "spreadsheet error." Funds correctly belonged to Estate of Hyde Park Cooperative Society, Inc., Case No. 09-16347 | 1280-000 | ($83,561.49) |  | $14,987.10 |
|  |  |  | **TOTALS:** |  | $15,023.83 | $36.73 | $14,987.10 |
|  |  |  | Less: Bank transfers/CDs |  | $15,023.83 | $0.00 |  |
|  |  |  | Subtotal |  | $0.00 | $36.73 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $0.00 | $36.73 |  |

| For the period of 3/9/2009 to 12/12/2017 |  | For the entire history of the account between 09/15/2017 to 12/12/2017 |  |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,023.83 | Total Internal/Transfer Receipts: | $15,023.83 |
| Total Compensable Disbursements: | $36.73 | Total Compensable Disbursements: | $36.73 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36.73 | Total Comp/Non Comp Disbursements: | $36.73 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-07842-DT | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3564 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/12/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,005.45 | $5,018.35 | $14,987.10 |

| **For the period of 3/9/2009 to 12/12/2017** | | **For the entire history of the case between 03/09/2009 to 12/12/2017** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,005.45 | Total Compensable Receipts: | $20,005.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,005.45 | Total Comp/Non Comp Receipts: | $20,005.45 |
| Total Internal/Transfer Receipts: | $31,870.23 | Total Internal/Transfer Receipts: | $31,870.23 |
| | | | |
| Total Compensable Disbursements: | $5,018.35 | Total Compensable Disbursements: | $5,018.35 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,018.35 | Total Comp/Non Comp Disbursements: | $5,018.35 |
| Total Internal/Transfer Disbursements: | $31,870.23 | Total Internal/Transfer Disbursements: | $31,870.23 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

CLAIM ANALYSIS REPORT

Page No: 1                Exhibit C

| Case No.        | 09-07842-DT         | Trustee Name: | David R. Herzog |
| Case Name:      | A M MECHANICAL, INC.| Date:         | 12/12/2017      |
| Claims Bar Date:| 07/30/2009          |               |                 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG  77 W. Washington Street Suite 1717 Chicago IL 60602 | 06/29/2015 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,750.55 | $2,750.55 | $0.00 | $0.00 | $0.00 | $2,750.55 |
| 3 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY  33 South State Street Chicago IL 60603 | 04/14/2009 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $32,838.79 | $32,838.79 | $0.00 | $0.00 | $0.00 | $32,838.79 |

**Claim Notes:**   (3-1) Unemployment tax

| 9 | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section P O Box 64338 Chicago IL 60664-0338 | 05/19/2009 | Real Estate- -Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $13,189.05 | $13,189.05 | $0.00 | $0.00 | $0.00 | $13,189.05 |
| 3a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY  33 South State Street Chicago IL 60603 | 04/14/2009 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $5,409.41 | $5,409.41 | $0.00 | $0.00 | $0.00 | $5,409.41 |

**Claim Notes:**   (3-1) Unemployment tax

| 9a | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section P O Box 64338 Chicago IL 60664-0338 | 05/19/2009 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $36,893.47 | $36,893.47 | $0.00 | $0.00 | $0.00 | $36,893.47 |
| 1 | FERGUSON ENTERPRISES LLC C/O Dennis E Quiad Thompson Coburn Fagel Haber 55 E Monroe Street 40th FL Chicago IL 60603 | 04/10/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $42,236.05 | $42,236.05 | $0.00 | $0.00 | $0.00 | $42,236.05 |

| Case No.: | 09-07842-DT | | | | | | | Trustee Name: | David R. Herzog | |
| Case Name: | A M MECHANICAL, INC. | | | | | | | Date: | 12/12/2017 | |
| Claims Bar Date: | 07/30/2009 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1a | FERGUSON ENTERPRISES LLC  C/O Dennis E Quiad  Thompson Coburn Fagel Haber  55 E Monroe Street 40th FL  Chicago IL 60603 | 04/10/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $24,640.34 | $24,640.34 | $0.00 | $0.00 | $0.00 | $24,640.34 |
| 2 | PLUMBERS WELFARE FUND ET AL  c/o Douglas Lindsay 20 N.  Chicago IL 60602 | 04/10/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $266,868.46 | $266,868.46 | $0.00 | $0.00 | $0.00 | $266,868.46 |

**Claim Notes:** (2-1) judgment secured by lien v. realty

| 3b | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY  33 South State Street  Chicago IL 60603 | 04/14/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $590.00 | $590.00 | $0.00 | $0.00 | $0.00 | $590.00 |

**Claim Notes:** (3-1) Unemployment tax

| 4 | FORD MOTOR CREDIT COMPANY LLC  PO Box 537901  Livonia MI 48153 | 04/17/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,951.75 | $19,951.75 | $0.00 | $0.00 | $0.00 | $19,951.75 |
| 5 | MIDWEST OPERATING ENGINEERS WELFARE FUND  c/o Cecilia M. Scanlon  Baum Sigman Auerbach & Neuman, Ltd.  200 W. Adams St., Ste. 2200  Chicago IL 60606-5231 | 05/11/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,379.94 | $1,379.94 | $0.00 | $0.00 | $0.00 | $1,379.94 |

CLAIM ANALYSIS REPORT

Page No: 3   Exhibit C

| Case No.: | 09-07842-DT | | | | | | | Trustee Name: | David R. Herzog | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | | | | | | | Date: | 12/12/2017 | | |
| Claims Bar Date: | 07/30/2009 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | MIDWEST OPERATING ENGINEERS PENSION TRUST FUND<br>c/o Cecilia M. Scanlon<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams St., Ste. 2200<br>Chicago IL 60606-5231 | 05/11/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,128.12 | $1,128.12 | $0.00 | $0.00 | $0.00 | $1,128.12 |
| 7 | OPERATING ENGINEERS LOCAL 150 APPRENTICESHIP FUND<br>c/o Cecilia M. Scanlon<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams St., Ste. 2200<br>Chicago IL 60606-5231 | 05/11/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $141.02 | $141.02 | $0.00 | $0.00 | $0.00 | $141.02 |
| 8 | LOCAL 150, I.U.O.E., VACATION SAVINGS PLAN<br>c/o Cecilia M. Scanlon<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams St., Ste. 2200<br>Chicago IL 60606-5231 | 05/11/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $454.09 | $454.09 | $0.00 | $0.00 | $0.00 | $454.09 |
| 9b | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | 05/19/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,164.48 | $4,164.48 | $0.00 | $0.00 | $0.00 | $4,164.48 |
| 10 | COLUMBIA PIPE & SUPPLY CO<br>23671 Network Place<br>Chicago IL 60606 | 06/08/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $59,568.14 | $59,568.14 | $0.00 | $0.00 | $0.00 | $59,568.14 |

CLAIM ANALYSIS REPORT

Page No: 4        Exhibit C

| Case No. | 09-07842-DT | | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | A M MECHANICAL, INC. | | | | | | | | Date: | 12/12/2017 |
| Claims Bar Date: | 07/30/2009 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10a | COLUMBIA PIPE & SUPPLY CO<br>23671 Network Place<br>Chicago IL 60606 | 06/08/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,448.43 | $20,448.43 | $0.00 | $0.00 | $0.00 | $20,448.43 |
| 11 | CAPITOL INDEMNITY CORPORATION<br>C/O Jomax Recovery Services<br>20325 N 51st Avenue Suite 134<br>Glendale AZ 85308 | 09/20/2010 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $92,705.15 | $92,705.15 | $0.00 | $0.00 | $0.00 | $92,705.15 |
| | | | | | | $625,357.24 | $625,357.24 | $0.00 | $0.00 | $0.00 | | $625,357.24 |

CLAIM ANALYSIS REPORT

Page No: 5    Exhibit C

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | A M MECHANICAL, INC. | Date: | 12/12/2017 |
| Claims Bar Date: | 07/30/2009 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Claims of Governmental Units | $42,302.88 | $42,302.88 | $0.00 | $0.00 | $0.00 | $42,302.88 |
| General Unsecured § 726(a)(2) | $441,570.82 | $441,570.82 | $0.00 | $0.00 | $0.00 | $441,570.82 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $46,027.84 | $46,027.84 | $0.00 | $0.00 | $0.00 | $46,027.84 |
| Tardy General Unsecured § 726(a)(3) | $92,705.15 | $92,705.15 | $0.00 | $0.00 | $0.00 | $92,705.15 |
| Trustee Compensation | $2,750.55 | $2,750.55 | $0.00 | $0.00 | $0.00 | $2,750.55 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       09-07842-DT
Case Name:     A M MECHANICAL, INC.
Trustee Name:  David R. Herzog

Balance on hand: $14,987.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Illinois Department of Employment Security | $32,838.79 | $32,838.79 | $0.00 | $8,730.23 |
| 9 | Illinois Department of Revenue | $13,189.05 | $13,189.05 | $0.00 | $3,506.32 |

Total to be paid to secured creditors: $12,236.55
Remaining balance: $2,750.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $2,750.55 | $0.00 | $2,750.55 |
| Anthony Suizzo, Special Counsel for Trustee Fees | $3,005.34 | $3,005.34 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $2,750.55
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $42,302.88 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3a | Illinois Department of Employment Security | $5,409.41 | $0.00 | $0.00 |
| 9a | Illinois Department of Revenue | $36,893.47 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $441,570.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Ferguson Enterprises LLC | $42,236.05 | $0.00 | $0.00 |
| 1a | Ferguson Enterprises LLC | $24,640.34 | $0.00 | $0.00 |
| 2 | Plumbers Welfare Fund et al | $266,868.46 | $0.00 | $0.00 |
| 3b | Illinois Department of Employment Security | $590.00 | $0.00 | $0.00 |
| 4 | Ford Motor Credit Company LLC | $19,951.75 | $0.00 | $0.00 |
| 5 | Midwest Operating Engineers Welfare Fund | $1,379.94 | $0.00 | $0.00 |
| 6 | Midwest Operating Engineers Pension Trust Fund | $1,128.12 | $0.00 | $0.00 |
| 7 | Operating Engineers Local 150 Apprenticeship Fund | $141.02 | $0.00 | $0.00 |
| 8 | Local 150, I.U.O.E., Vacation Savings Plan | $454.09 | $0.00 | $0.00 |
| 9b | Illinois Department of Revenue | $4,164.48 | $0.00 | $0.00 |
| 10 | Columbia Pipe & Supply Co | $59,568.14 | $0.00 | $0.00 |
| 10a | Columbia Pipe & Supply Co | $20,448.43 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $92,705.15 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 11 | Capitol Indemnity Corporation | $92,705.15 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |