**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | |
|---|---|
| IN RE:<br>A M MECHANICAL, INC.<br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 09-07842-DT<br><br>HONORABLE Deborah L. Thorne |

**TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $2,750.55 and reimbursement of expenses in the amount of $0.00 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be                                $20,005.45

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 23, 1994)

| | | | |
|---|---|---|---|
| Receipts | $20,005.45 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $15,005.45 | 10% of next 45,000 | $1,500.55 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

TOTAL COMPENSATION REQUESTED                                                    $2,750.55

TRUSTEE EXPENSES (ITEMIZED):

| | |
|---|---:|
| TOTAL EXPENSES CLAIMED | $0.00 |
| TOTAL REQUESTED FEES AND EXPENSES | $2,750.55 |

    WHEREFORE, the Trustee request this application be approved by the Court and that the Trustee be awarded $2,750.55 as compensation and $0.00 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than her law firm, for sharing compensation or to be received.

Dated: November 22, 2017   /s/ David R. Herzog
                                            David R. Herzog, Trustee
                                            Chapter 7 Trustee
                                            77 W. Washington Street
                                            Suite 1400
                                            Chicago, IL 60602
                                            Telephone: (312) 977-1600