**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **A M MECHANICAL, INC.** | ) | **Case No. 09-07842** |
| | ) | |
| **Debtors.** | ) | **Honorable Deborah L. Thorne** |

## <u>CERTIFICATE OF NOTICE</u>

The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 18th day of December, 2017.

  */s/ David R. Herzog*
Trustee in Bankruptcy

## SERVICE LIST

### VIA ECF

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

A M Mechanical, Inc.
Richard H Fimoff
Robbins, Salomon & Patt Ltd
25 E Washington Street
Suite 1000
Chicago, IL 60602
rfimoff@rsplaw.com

AFS McKinley, LLC
Adam C Toosley
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606
atoosley@freeborn.com

American Chartered Bank
Adam C Toosley
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606
atoosley@freeborn.com

Ferguson Enterprises, Inc.
Dennis E. Quaid
Gregory K. Stern, P.C.
53 West Jackson Blvd
Suite 1442
Chicago, IL 60604
dquaid3@gmail.com

Plumbers Pension Fund Local 130 U.A.
Roetzel & Andress, LPA
20 S Clark St Suite 300
Chicago, IL 60603
bbedinghaus@ralaw.com

### VIA REGULAR MAIL

Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101

Advanta Bank Corp.
c/o Associated Creditors Exchange
PO Box 33130
Pheonix, AZ 85067

Associated Creditors Exch
PO Box 33130
Phoenix, AZ 85067

Bank of America World Points
PO Box 15710
Wilmington, DE 19886

Banner Plumbing Supply Co.
7255 Cottage Grove Avenue
Chicago, Illinois 60619

Carole Richard Ken Miller
3000 S Lloyd Avenue
Chicago, IL 60608

Chase Bank USA, N.A.
c/o United Collection Bureau
5620 Southwyck Blvd., Suite 206
Toledo, Ohio 43614

Chgo Reg Council of Carpenter
12 East Erie Street
Chicago, IL 60611

Columbia Pipe & Supply Co
23671 Network Place
Chicago, IL 60606

Columbia Pipe & Supply Company
c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, 26th Floor
Chicago, Illinois 60606

Denise Acevedo
419 E Clark Street
Crown Point, IN 46307

Fagel Haber
55 E Monroe Street 40th Floor
Chicago, IL 60603

Ferguson Enterprises LLC
1401 N Cicero Avenue
Chicago, IL 60651

Ferguson Enterprises LLC
C/O Dennis E Quiad
Thompson Coburn Fagel Haber
55 E Monroe Street 40th FL
Chicago, IL 60603

First Equity Card Corp
PO Box 23029
Columbus, GA 31902

Ford Credit
PO Box 790093
Saint Louis, MO 63179

Ford Motor Credit
C/O SRA Associates
401 Minnetonka Road
Hi Nella, NJ 08083

Ford Motor Credit
Dept 194101
PO Box 55000
Detroit, MI 48255

Ford Motor Credit Company LLC
Dept 55953
P O Box 55000
Detroit MI 48225-0953

Ford Motor Credit Company LLC
PO Box 537901
Livonia, MI 48153

Harris Bank N A
111 W Monroe Street
PO Box 755
Chicagao, IL 60690

Home Depot Credit Services
PO Box 6031
The Lakes, NV 88901

Home Depot Credit Services
PO Box 6925
The Lakes, NV 88901

Illinois Department of Employment Sec.
Account Analysis
33 S. State Street, 10th Floor
Chicago, Illinois 60603

Illinois Department of Revenue
100 W Randolph Street
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Internal Revenue Service
PO Box 14550
Cincinnati, OH 42550

James T. Sullivan
c/o Lewis, Overbeck & Furman
20 N. Clark Street, Suite 3200
Chicago, Illinois 60602

Jimmy Acevedo
419 E Clark Street
Crown Point, IN 46307

John Deere Credit
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131

Klein Construction Inc
C/O Bradley K Staubous Esq
7055 Veterans Blvd #B
Burr Ridge, IL 60527

Local 150, I.U.O.E., Vacation Savings Plan
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Marilu Halm C P A
2 McCord Trace
Palos Park, IL 60464

Michael O'Connor
1703 Serria Highlands Drive
Plainfield, IL 60586

Michael T Sharpe
1706 N 79th Ave
Elmwood Park, IL 60707

Midwest Operating Engineers Pension Trust
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Midwest Operating Engineers Welfare Fund
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Midwest Operation Engineers
6150 Joliet Road
Countryside, IL 60525

Mobile Mini Inc
7420 S Kyrene Rd Suite 101
Tempe, AZ 85283

Mobile Mini Inc
C/O Vengroff Williams & Associate
PO Box 4155
Sarasota, FL 34230

Operating Engineers Local 150
Apprenticeship Fund
c/o Cecilia M. Scanlon
Baum Sigman Auerbach & Neuman, Ltd.
200 W. Adams St., Ste. 2200
Chicago, IL 60606-5231

Pekin Insurance Company
2505 Court Street
Pekin, IL 61558

Plumbers Welfare Fund et al
c/o Douglas Lindsay 20 N.
Clark St. Suite 3200 Chicago IL 60602

Randall Industries Inc
741 S Route 83
Elmhurst, IL 60126

Richard Miller
3000 S Lloyd Avenue
Chicago, IL 60608

SRA Associates
401 Minnetonka Road
Hi Nella, NJ 08083

Vengroff Williams & Associate
PO Box 4155
Sarasota, FL 34230

Werner-Nugent Plumbing, Inc.
14840 S. McKinley Avenue
Posen, Illinois 60469