UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-07842-DT |
|---|---|---|
| | § | |
| A M MECHANICAL, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $40,475.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $12,236.55 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $7,768.90 | | |

3) Total gross receipts of $20,005.45 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,005.45 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $41,262.88 | $46,027.84 | $46,027.84 | $12,236.55 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $7,768.90 | $7,768.90 | $7,768.90 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $284,777.60 | $42,302.88 | $42,302.88 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $607,257.49 | $534,275.97 | $534,275.97 | $0.00 |
| **Total Disbursements** | $933,297.97 | $630,375.59 | $630,375.59 | $20,005.45 |

    4). This case was originally filed under chapter 7 on 03/09/2009. The case was pending for 0 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2018                  By:   /s/ David R. Herzog
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claim vs. Klein Construction | 1149-000 | $20,000.00 |
| Interest Earned | 1270-000 | $5.45 |
| The Bank of New York Mellon | 1280-000 | ($83,561.49) |
| The Bank of New York Mellon | 1280-000 | $83,561.49 |
| **TOTAL GROSS RECEIPTS** | | **$20,005.45** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Illinois Department of Employment Security | 4110-000 | $0.00 | $32,838.79 | $32,838.79 | $8,730.23 |
| 9 | Illinois Department of Revenue | 4110-000 | $0.00 | $13,189.05 | $13,189.05 | $3,506.32 |
| | Ford Credit | 4110-000 | $21,847.88 | $0.00 | $0.00 | $0.00 |
| | Harris Bank, N.A. | 4110-000 | $19,415.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$41,262.88** | **$46,027.84** | **$46,027.84** | **$12,236.55** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $2,750.55 | $2,750.55 | $2,750.55 |
| Arthur B. Levine Company | 2300-000 | NA | $25.66 | $25.66 | $25.66 |
| International Sureties | 2300-000 | NA | $71.74 | $71.74 | $71.74 |
| Bank of Texas | 2600-000 | NA | $1,739.63 | $1,739.63 | $1,739.63 |
| Green Bank | 2600-000 | NA | $36.73 | $36.73 | $36.73 |
| The Bank of New York Mellon | 2600-000 | NA | $139.19 | $139.19 | $139.19 |
| The Bank of New York Mellon | 2810-000 | NA | $0.06 | $0.06 | $0.06 |
| Anthony Suizzo, | 3210-600 | NA | $3,005.34 | $3,005.34 | $3,005.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Special Counsel for Trustee | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $7,768.90 | $7,768.90 | $7,768.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3a | Illinois Department of Employment Security | 5800-000 | $0.00 | $5,409.41 | $5,409.41 | $0.00 |
| 9a | Illinois Department of Revenue | 5800-000 | $0.00 | $36,893.47 | $36,893.47 | $0.00 |
| | Denise Acevedo | 5800-000 | $5,115.00 | $0.00 | $0.00 | $0.00 |
| | IL Dept. of Employmt. Sec. | 5800-000 | $33,306.91 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Revenue | 5800-000 | $16,890.54 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $181,000.00 | $0.00 | $0.00 | $0.00 |
| | Jimmy Acevedo | 5800-000 | $21,815.15 | $0.00 | $0.00 | $0.00 |
| | Michael O'Connor | 5800-000 | $7,550.00 | $0.00 | $0.00 | $0.00 |
| | Michael T. Sharpe | 5800-000 | $19,100.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $284,777.60 | $42,302.88 | $42,302.88 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ferguson Enterprises LLC | 7100-000 | $0.00 | $42,236.05 | $42,236.05 | $0.00 |
| 1a | Ferguson Enterprises LLC | 7100-000 | $0.00 | $24,640.34 | $24,640.34 | $0.00 |
| 2 | Plumbers Welfare Fund et al | 7100-000 | $0.00 | $266,868.46 | $266,868.46 | $0.00 |
| 3b | Illinois Department of Employment Security | 7100-000 | $0.00 | $590.00 | $590.00 | $0.00 |
| 4 | Ford Motor | 7100-000 | $0.00 | $19,951.75 | $19,951.75 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|    |                                               |          |            |           |           |        |
|----|-----------------------------------------------|----------|------------|-----------|-----------|--------|
|    | Credit Company LLC                            |          |            |           |           |        |
| 5  | Midwest Operating Engineers Welfare Fund      | 7100-000 | $0.00      | $1,379.94 | $1,379.94 | $0.00  |
| 6  | Midwest Operating Engineers Pension Trust Fund| 7100-000 | $0.00      | $1,128.12 | $1,128.12 | $0.00  |
| 7  | Operating Engineers Local 150 Apprenticeship Fund | 7100-000 | $0.00 | $141.02   | $141.02   | $0.00  |
| 8  | Local 150, I.U.O.E., Vacation Savings Plan    | 7100-000 | $0.00      | $454.09   | $454.09   | $0.00  |
| 9b | Illinois Department of Revenue                | 7100-000 | $0.00      | $4,164.48 | $4,164.48 | $0.00  |
| 10 | Columbia Pipe & Supply Co                     | 7100-000 | $0.00      | $59,568.14| $59,568.14| $0.00  |
| 10a| Columbia Pipe & Supply Co                     | 7100-000 | $0.00      | $20,448.43| $20,448.43| $0.00  |
| 11 | Capitol Indemnity Corporation                 | 7200-000 | $0.00      | $92,705.15| $92,705.15| $0.00  |
|    | Advanta Bank Corp.                            | 7100-000 | $12,845.90 | $0.00     | $0.00     | $0.00  |
|    | Anthony G. Suizzo                             | 7100-000 | $0.00      | $0.00     | $0.00     | $0.00  |
|    | Bank of America World Points                  | 7100-000 | $24,042.30 | $0.00     | $0.00     | $0.00  |
|    | Banner Plumbing Supply Co.                    | 7100-000 | $14,749.16 | $0.00     | $0.00     | $0.00  |
|    | Chase Bank USA, N. A.                         | 7100-000 | $10,040.77 | $0.00     | $0.00     | $0.00  |
|    | Chgo. Reg Council of Carpenter                | 7100-000 | $40,000.00 | $0.00     | $0.00     | $0.00  |
|    | Columbia Pipe & Supply Co.                    | 7100-000 | $80,016.57 | $0.00     | $0.00     | $0.00  |
|    | Ferguson Enterprises LLC                      | 7100-000 | $42,236.05 | $0.00     | $0.00     | $0.00  |
|    | First Equity Card Corp.                       | 7100-000 | $7,386.79  | $0.00     | $0.00     | $0.00  |
|    | Ford Mototr Credit                            | 7100-000 | $13,174.99 | $0.00     | $0.00     | $0.00  |
|    | Home Depot                                    | 7100-000 | $4,366.28  | $0.00     | $0.00     | $0.00  |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Credit Services |  |  |  |  |  |
|  | Home Depot Credit Services | 7100-000 | $12,602.61 | $0.00 | $0.00 | $0.00 |
|  | Home Depot Credit Services | 7100-000 | $14,451.12 | $0.00 | $0.00 | $0.00 |
|  | James T. Sullivan | 7100-000 | $266,140.46 | $0.00 | $0.00 | $0.00 |
|  | John Deere Credit | 7100-000 | $32,327.62 | $0.00 | $0.00 | $0.00 |
|  | Klein Contruction, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Marilu Halm, C.P.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Midwest Operating Engineers | 7100-000 | $12,957.00 | $0.00 | $0.00 | $0.00 |
|  | Mobile Mini Inc. | 7100-000 | $1,998.27 | $0.00 | $0.00 | $0.00 |
|  | Pekin Insurance Company | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Randall Industries Inc. | 7100-000 | $1,121.60 | $0.00 | $0.00 | $0.00 |
|  | Werner-Nugent Plumbing, Inc. | 7100-000 | $15,800.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $607,257.49 | $534,275.97 | $534,275.97 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Date Filed (f) or Converted (c): | 03/09/2009 (f) |
| For the Period Ending: | 3/1/2018 | §341(a) Meeting Date: | 04/23/2009 |
| | | Claims Bar Date: | 07/30/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Harris Bank, N.A. | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Claim vs. Klein Construction | Unknown | $20,000.00 | | $20,000.00 | FA |
| 3 | 2006 Ford Explorer VIN 1FMEU73E46UB61457 | $19,900.00 | $0.00 | | $0.00 | FA |
| 4 | 2007 Ford Explorer VIN 1FMEU73877UA35394 | $19,375.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous Office Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Laptop Computer | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Miscellaneous tools | $400.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned       (u) | Unknown | Unknown | | $5.45 | FA |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$40,475.00    $20,000.00    $20,005.45    $0.00

**Major Activities affecting case closing:**

07/26/2017    Awaiting final tax returns from accountant. Upon filing and acceptance by IRS, will prepare and submit TFR.

**Initial Projected Date Of Final Report (TFR):**    12/31/2010    **Current Projected Date Of Final Report (TFR):**    10/31/2017    /s/ DAVID R. HERZOG

DAVID R. HERZOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | A M MECHANICAL, INC. | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3564 | | | Money Market Acct #: | ******8465 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/9/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2010 | (2) | Stewart Title Company | Proceeds from Settlement of Adversary | 1149-000 | $20,000.00 | | $20,000.00 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.23 | | $20,000.23 |
| 05/28/2010 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | $0.06 | $20,000.17 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.15 | | $20,001.32 |
| 07/22/2010 | 1001 | Anthony Suizzo | Final Compensation per order 7/7/10 | 3210-600 | | $3,005.34 | $16,995.98 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.15 | | $16,997.13 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.00 | | $16,998.13 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,998.26 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,998.40 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,998.53 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,998.67 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,998.81 |
| 02/14/2011 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-07842 | 2300-000 | | $14.46 | $16,984.35 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,984.48 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,984.62 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,984.75 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,984.89 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,985.02 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,985.16 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $32.58 | $16,952.58 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,952.72 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $39.49 | $16,913.23 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.16) | $16,914.39 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,914.52 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.75 | $16,879.77 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $16,879.91 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $33.53 | $16,846.38 |
| | | | **SUBTOTALS** | | **$20,005.43** | **$3,159.05** | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3564 | Money Market Acct #: | ******8465 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.02 | | $16,846.40 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $16,846.40 | $0.00 |
| | | | **TOTALS:** | | $20,005.45 | $20,005.45 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $16,846.40 | |
| | | | Subtotal | | $20,005.45 | $3,159.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $20,005.45 | $3,159.05 | |

| For the period of 3/9/2009 to 3/1/2018 | | For the entire history of the account between 05/25/2010 to 3/1/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,005.45 | Total Compensable Receipts: | $20,005.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,005.45 | Total Comp/Non Comp Receipts: | $20,005.45 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,159.05 | Total Compensable Disbursements: | $3,159.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,159.05 | Total Comp/Non Comp Disbursements: | $3,159.05 |
| Total Internal/Transfer Disbursements: | $16,846.40 | Total Internal/Transfer Disbursements: | $16,846.40 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3  Exhibit 9

| Case No. | 09-07842-DT | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | A M MECHANICAL, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3564 | | Money Market Acct #: | ******8467 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

| For the period of 3/9/2009 to 3/1/2018 | | For the entire history of the account between 05/25/2010 to 3/1/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 |  | The Bank of New York Mellon | Transfer Funds | 9999-000 | $16,846.40 |  | $16,846.40 |
| 01/17/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $27.19 | $16,819.21 |
| 02/14/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $27.09 | $16,792.12 |
| 03/14/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.30 | $16,766.82 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 |  | $13.69 | $16,753.13 |
| 04/16/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $27.00 | $16,726.13 |
| 05/14/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.07 | $16,700.06 |
| 06/14/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.89 | $16,673.17 |
| 07/16/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.99 | $16,647.18 |
| 08/14/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.81 | $16,620.37 |
| 09/17/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.77 | $16,593.60 |
| 10/15/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.87 | $16,567.73 |
| 11/15/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.68 | $16,541.05 |
| 12/14/2012 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.78 | $16,515.27 |
| 01/16/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.60 | $16,488.67 |
| 02/14/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.63 | $16,462.04 |
| 03/14/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $24.01 | $16,438.03 |
| 03/28/2013 | 5002 | International Sureties | Bond Payment | 2300-000 |  | $29.36 | $16,408.67 |
| 04/12/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.54 | $16,382.13 |
| 04/30/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.60 | $16,356.53 |
| 05/31/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.39 | $16,330.14 |
| 06/28/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.50 | $16,304.64 |
| 07/31/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.31 | $16,278.33 |
| 08/30/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.26 | $16,252.07 |
| 09/30/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.37 | $16,226.70 |
| 10/31/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.18 | $16,200.52 |
| 11/29/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $25.29 | $16,175.23 |
| 12/31/2013 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $26.10 | $16,149.13 |
|  |  |  | **SUBTOTALS** |  | **$16,846.40** | **$697.27** |  |

| Case No. | 09-07842-DT | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | | | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.05 | $16,123.08 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.49 | $16,099.59 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.97 | $16,073.62 |
| 04/02/2014 | 5003 | International Sureties | Bond Payment | 2300-000 | | $14.23 | $16,059.39 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.08 | $16,034.31 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.87 | $16,008.44 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.99 | $15,983.45 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.79 | $15,957.66 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.75 | $15,931.91 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.87 | $15,907.04 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.66 | $15,881.38 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.80 | $15,856.58 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.58 | $15,831.00 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.54 | $15,805.46 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.03 | $15,782.43 |
| 03/20/2015 | 5004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $11.38 | $15,771.05 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.46 | $15,745.59 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.60 | $15,720.99 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.36 | $15,695.63 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.51 | $15,671.12 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.28 | $15,645.84 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.24 | $15,620.60 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.39 | $15,596.21 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.16 | $15,571.05 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.31 | $15,546.74 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $25.08 | $15,521.66 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.97 | $15,496.69 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.32 | $15,473.37 |
| | | | SUBTOTALS | | $0.00 | $675.76 | |

**FORM 2** Page No: 6 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-07842-DT | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2016 | 5005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $8.40 | $15,464.97 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.90 | $15,440.07 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.04 | $15,416.03 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.80 | $15,391.23 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.96 | $15,367.27 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.73 | $15,342.54 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.69 | $15,317.85 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.85 | $15,294.00 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.61 | $15,269.39 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.78 | $15,245.61 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.53 | $15,221.08 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.56 | $15,196.52 |
| 02/16/2017 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.27 | $15,191.25 |
| 02/16/2017 | 5006 | VOID: Arthur B. Levine Company | | 2300-003 | | ($5.27) | $15,196.52 |
| 02/16/2017 | 5007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $5.88 | $15,190.64 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.14 | $15,168.50 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.47 | $15,144.03 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.64 | $15,120.39 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.39 | $15,096.00 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $23.57 | $15,072.43 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.32 | $15,048.11 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $24.28 | $15,023.83 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $15,023.83 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $15,473.37 |

**FORM 2** Page No: 7 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-07842-DT | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3564 | Checking Acct #: | ******0112 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $16,846.40 | $16,846.40 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $16,846.40 | $15,023.83 | |
| | | | **Subtotal** | | $0.00 | $1,822.57 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $1,822.57 | |

| For the period of 3/9/2009 to 3/1/2018 | | For the entire history of the account between 11/07/2011 to 3/1/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,846.40 | Total Internal/Transfer Receipts: | $16,846.40 |
| | | | |
| Total Compensable Disbursements: | $1,822.57 | Total Compensable Disbursements: | $1,822.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,822.57 | Total Comp/Non Comp Disbursements: | $1,822.57 |
| Total Internal/Transfer Disbursements: | $15,023.83 | Total Internal/Transfer Disbursements: | $15,023.83 |

| Case No. | 09-07842-DT | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | A M MECHANICAL, INC. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3564 | | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $15,023.83 | | $15,023.83 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $13.29 | $15,010.54 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.44 | $14,987.10 |
| 12/12/2017 | | The Bank of New York Mellon | Reversal of incorrect wire-in of bank transfer funds to account (original transaction occurred on 11/7/11 and was not noted by bank in TES System). Amount deposited in error due to bank "spreadsheet error." Funds correctly belonged to Estate of Hyde Park Cooperative Society, Inc., Case No. 09-16347 | 1280-000 | $83,561.49 | | $98,548.59 |
| 12/12/2017 | | The Bank of New York Mellon | Reversal of incorrect wire-in of bank transfer funds to account (original transaction occurred on 11/7/11 and was not noted by bank in TES System). Amount deposited in error due to bank "spreadsheet error." Funds correctly belonged to Estate of Hyde Park Cooperative Society, Inc., Case No. 09-16347 | 1280-000 | ($83,561.49) | | $14,987.10 |
| 01/25/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 | | $2,750.55 | $12,236.55 |
| 01/25/2018 | 5002 | Illinois Department of Employment Security | Distribution Dividend: 26.59; Account Number: ; Claim #: 3; Amount Claimed: 32,838.79; Amount Allowed: 32,838.79; | 4110-000 | | $8,730.23 | $3,506.32 |
| 01/25/2018 | 5003 | Illinois Department of Revenue | Distribution Dividend: 26.59; Account Number: ; Claim #: 9; Amount Claimed: 13,189.05; Amount Allowed: 13,189.05; | 4110-000 | | $3,506.32 | $0.00 |

| | | | | **SUBTOTALS** | $15,023.83 | $15,023.83 |
| --- | --- | --- | --- | --- | --- | --- |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 09-07842-DT | **Trustee Name:** | David R. Herzog |
| **Case Name:** | A M MECHANICAL, INC. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***3564 | **Checking Acct #:** | ******4201 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 3/9/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $15,023.83 | $15,023.83 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $15,023.83 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $15,023.83 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $15,023.83 | |

| For the period of 3/9/2009 to 3/1/2018 | | For the entire history of the account between 09/15/2017 to 3/1/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,023.83 | Total Internal/Transfer Receipts: | $15,023.83 |
| | | | |
| Total Compensable Disbursements: | $15,023.83 | Total Compensable Disbursements: | $15,023.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,023.83 | Total Comp/Non Comp Disbursements: | $15,023.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 10          Exhibit 9

| Case No. | 09-07842-DT | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | A M MECHANICAL, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3564 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/9/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $20,005.45 | $20,005.45 | $0.00 |

**For the period of 3/9/2009 to 3/1/2018**

| Total Compensable Receipts: | $20,005.45 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,005.45 |
| Total Internal/Transfer Receipts: | $31,870.23 |
| | |
| Total Compensable Disbursements: | $20,005.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,005.45 |
| Total Internal/Transfer Disbursements: | $31,870.23 |

**For the entire history of the case between 03/09/2009 to 3/1/2018**

| Total Compensable Receipts: | $20,005.45 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,005.45 |
| Total Internal/Transfer Receipts: | $31,870.23 |
| | |
| Total Compensable Disbursements: | $20,005.45 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,005.45 |
| Total Internal/Transfer Disbursements: | $31,870.23 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG